IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALEX D. QUIGLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>        Defendant. | Case No. 6:19-cv-01798-IM<br><br>JUDGMENT |

Pursuant to the Order for Remand (ECF No. 17) entered on October 22, 2020, this case is reversed and remanded for further administrative proceedings. Judgment is entered for Plaintiff and this case is closed.

DATED this __9th__ day of November 2020.

_____
KAREN J. IMMERGUT
United States District Court Judge

Proposed Order submitted by:
Katherine L. Eitenmiller
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street, Eugene, OR 97401
(541) 686-1969
keitenmiller@hwbm.net
Of Attorneys for Plaintiff